146 A.3d 475

**PLUMMER, Tyrone D.**

v.

**STATE of Maryland**

**No. 283, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Application for leave to appeal denied by the Court of Special Appeals (No. 2479, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 475

**RICHARDSON, Adam Kentrell**

v.

**STATE of Maryland**

**No. 248, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 163, Sept. Term, 2015).

Petition for writ of certiorari denied.